**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEN HERNANDEZ,** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 25-5126** |
| | : | |
| **HOWARD HOLLAND, *et al.*** | : | |

**ORDER**

**AND NOW,** this 15th day of October 2026, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' Answer, Petitioner's Reply, Respondents' Response, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing.

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**